

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00766-CV

**PAWN TX, INC.** d/b/a Cash America and FirstCash Holdings, Inc.,
Appellants

v.

Henry **JIMENEZ**, Jr.,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CI03620
Honorable Tina Torres, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE BRISSETTE, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the trial court's order denying appellants' motion to compel arbitration and stay proceedings is AFFIRMED. The stay imposed on December 6, 2024 is LIFTED. Costs of the appeal are taxed against the appellants.

SIGNED July 30, 2025.

_____
Lori I. Valenzuela, Justice